## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| FELICIA SHELTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-2146 NAB |
| ) | |
| VILLAGE OF BEL NOR, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on the separate motions of Defendants Village of Bel Nor, Scott Ford, Richard Tate, and Walt Nelson to exceed the fifteen page limit regarding their memoranda of law in support of their summary judgment motions.  *See* E.D. Mo.  L. R. 4.01(D). The Court notes that the Defendants have filed memoranda in support of summary judgment that are more than twice the page limit.  The Court finds that the requests by the Defendants are excessive in this particular action, particularly because each defendant has filed a separate summary judgment motion concerning well versed and non-complex areas of law.  The Court also notes that Defendant The Village of Bel Nor has filed two separate motions for summary judgment.  The Court finds that the filing of two separate memoranda in support of summary judgment totaling 47 pages of briefing for a single defendant is also excessive.

Therefore, the Court will deny the pending motions for summary judgment without prejudice and allow the Defendants to re-file their motions and memoranda in support of summary judgment no later than Friday, March 2, 2011 with a page limit of twenty (20) pages for each defendant's memorandum in support.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Village of Bel Nor, Scott Ford, Richard Tate, and Walt Nelson's motions to exceed the page limitations in Local Rule 4.01(D) are **DENIED in part and GRANTED in part**. [Docs. 58, 66, 69, and 72].

**IT IS FURTHER ORDERED** that Defendants Village of Bel Nor, Scott Ford, Richard Tate, and Walt Nelson's motions for summary judgment are **DENIED without prejudice**. [Docs. 55, 59, 60, 67, and 73].

**IT IS FURTHER ORDERED** that Defendants Village of Bel Nor, Scott Ford, Richard Tate, and Walt Nelson may re-file their motions and memoranda in support of motions for summary judgment, not to exceed **twenty (20)** pages, no later than **March 2, 2012.**

**IT IS FURTHER ORDERED** that Defendant Richard Tate's Motion to Withdraw Statement of Material Facts is **GRANTED**. [Doc. 64].

Dated this 24th day of February, 2011.

      /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE